ACCEPTED
05-15-00759-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/25/2015 5:02:50 AM
LISA MATZ
CLERK

NO. 05-15-00759-CV

# IN THE
# FIFTH COURT OF APPEALS
# DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

6/25/2015 5:02:50 AM

LISA MATZ
Clerk

## IN THE INTEREST OF G.N.R., A CHILD

### On Appeal from the 254th District Court
### Of Dallas County, Texas
### Cause No. DF-14-02268-R

### NOTICE OF NON-REPRESENTATION

To the Honorable Fifth Court of Appeals:

In accordance with TEX. R. APP. P. 6.4, Amy Bosway, lead counsel for Petitioner in the trial court, gives notice as follows:

1.    Amy Bosway is not representing BRENDA J. WALDON-RHYNES in the above designated appeal filed by HARVEY JOE RHYNES, JR.

2.    All communications by the court, opposing counsel or the opposing party should be made directly with the party, BRENDA J. WALDON-RHYNES in the future.

3.    The party's name is BRENDA J. WALDON-RHYNES and her last known address is 3901 Winter Park, Balch Springs, Texas 75180.

4.    BRENDA J. WALDON-RHYNES's signature appears herein.

6.22.15
Date

BRENDA J. WALDON-RHYNES

Dated this 22th day of June, 2015.

Notice of Non-Representation – Page 1

Respectfully Submitted,

Amy Bosway
P.O. Box 4254
Cedar Hill, Texas 75106
Tel: (972) 533-3297
Email: amy.bosway@gmail.com

By: /s/ Amy Bosway
Amy Bosway
State Bar No. 24073942


## Certificate of Service

I certify that I served a true copy of the foregoing on Melanie H. Bugbee, attorney for Appellant, **HARVEY JOE RHYNES, JR.**, by email to melanie@humphreysandpetersonlawfirm.net; and on Electra Watson, Assistant Attorney General, lead counsel for **THE OFFICE OF THE ATTORNEY GENERAL** in the trial court, Child Support Division, Unit 409, by email to electra.watson@texasattorneygeneral.gov; and on Maurice Aguilar, Assistant Attorney General, Child Support Division, Unit 409, by email to Maurice.aguilar@texasattorneygeneral.gov in accordance with the Texas Rules of Appellate Procedure on June 25, 2015.

/s/ Amy Bosway

_____
Amy Bosway